PER CURIAM. Order affirmed, with costs, on the authority of People ex rel. Kennedy v. Brady, 166 N. Y. 44, 59 N. E. 701.

LAUGHLIN, J., dissents.

PEOPLE ex rel. WALKER, Appellant, v. SCHNAUBER, City Engineer, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) Proceeding by the people of the state of New York, on the relation of Anna Walker, against Frank J. Schnauber, as city engineer of city of Syracuse. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. WHITMAN v. GODENKRANZ et al. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Proceeding by the people of the state of New York, on the relation of Stephen E. Whitman, against Solomon Godenkranz and others. No opinion. Motion granted.

In re PERRY AVE. (Supreme Court, Appellate Division, First Department. April 9, 1903.) In the matter of Perry avenue. J. C. Shaw, for appellant. J. P. Dunn, for respondent. No opinion. Order affirmed, with costs.

PETERS, Respondent, v. SLATTERY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) Action by John L. Peters against John Slattery and another. No opinion. Interlocutory judgment affirmed on argument, with costs.

PETERS, Respondent, v. SLATTERY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by John L. Peters against John Slattery and another. No opinion. Appeal dismissed, without costs.

PETERS, Respondent, v. SLATTERY, Appellant, et al. (Supreme Court, Appellate Division, Second Department, April 24, 1903.) Action by John L. Peters against John Slattery and another. No opinion. Order affirmed, with $10 costs and disbursements.

PHILIPS et al., Respondents, v. ALLEN, Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Morgan Philips and others against Watson Allen. No opinion. Judgment affirmed, with costs.

PHILLIPS v. UNITED STATES GRAND LODGE. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by Hannah Phillips against the United States Grand Lodge. No opinion. Motion denied.

PHOEBUS v. WEBSTER et al. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by John A. Phoebus against David Webster and others. No opinion. Motion denied.

PIERSON et al., Respondents, v. SPEYER, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) Action by Frank R. Pierson and another against James Speyer.

PER CURIAM. The proceedings in this case should be stayed, pending an appeal to the Court of Appeals, so far as the judgment would operate to compel the appellant to take down the dam, provided, however, that in the meantime he allows the respondent to receive the water to which the judgment entitles him. An order may be made accordingly, the form thereof to be settled on notice before Mr. Justice BARTLETT.

PIPER, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by John L. Piper against Elizabeth B. T. Campbell. No opinion. Judgment and order of the City Court of Mt. Vernon unanimously affirmed, with costs.

In re PITT ST. (Supreme Court, Appellate Division, First Department. March 6, 1903.) In the matter of Pitt street. No opinion. Motion granted.

PODMORE v. DIME SAV. BANK OF BROOKLYN. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by John Podmore, as administrator, against the Dime Savings Bank of Brooklyn. No opinion. Motion denied.

POWERS, Respondent, v. POWERS, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Henry L. Powers against Minnie S. Powers. B. Steinhardt, for appellant. A. B. Cole, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

POWERS v. POWERS. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Harry L. Powers against Minnie S. Powers. No opinion. Motion denied.

QUICK, Respondent, v. HAZELWOOD, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Action by S. Warren Quick against Edgar H. Hazelwood, as executor, etc., of Julia F. Warner, deceased. No opinion. Judgment and order unanimously affirmed, with costs.

RAYNOR, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Ellen A.

Raynor against the Prudential Insurance Company of America. No opinion. Motion to dismiss appeal granted, with $10 costs.

RAYNOR, Appellant, v. PRUDENTIAL INS. CO. of AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Ellen A. Raynor against the Prudential Insurance Company of America. No opinion. Motion denied, with $10 costs.

REDNER, Respondent, v. BUTTERMILK FALLS ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 23, 1903.) Action by Daniel S. Redner against the Buttermilk Falls Electric Company. No opinion. Motion granted, and order signed.

REDNER, Respondent, v. BUTTERMILK FALLS ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) Action by Daniel S. Redner against the Buttermilk Falls Electric Company. No opinion. Judgment modified, in accordance with the decision at Special Term, and, as modified, affirmed, without costs of this appeal. Order to be settled before HIRSCHBERG, J.

REINACH v. FEUCHTWANGER. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Therese Reinach against Sigmund Feuchtwanger. H. M. Levin, for appellant. S. D. Levy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

REVOIR, Appellant, v. LEONARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 10, 1903.) Action by Battese Revoir against George B. Leonard. No opinion. Judgment affirmed, with costs.

RICHARDSON, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by James A. Richardson against the city of New York and William Maske. No opinion. Judgment and order unanimously affirmed, with costs.

RIFENBURGH, Appellant, v. WAYMAN, Respondent. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by Burr Rifenburgh; an infant, by Andrew Rifenburgh, his guardian, against John Wayman.
PER CURIAM. Judgment affirmed, with costs.
PARKER, P. J., and KELLOGG, J., dissent.

RIVERSIDE STABLE CO., Respondent, v. METROPOLITAN ST. RY. CO., Appellant.

(Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by the Riverside Stable Company against the Metropolitan Street Railway Company. C. F. Brown, for appellant. F. Pierce, for respondent. No opinion. Judgment affirmed, with costs.

ROBERTSON v. ROCKLAND CEMETERY CO. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by Thomas F. Robertson against the Rockland Cemetery Company. No opinion. Motion granted, with $10 costs.

ROBINSON et al. v. ADAMS et al. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Carrie A. Robinson and others against Charles Adams and others. No opinion. Motion denied, with $10 costs.

ROCKEFELLER et al., Respondents, v. ST. REGIS PAPER CO., Appellant. (Supreme Court Appellate Division, Third Department. May 6, 1903.) Action by William G. Rockefeller and John P. Kellas against the St. Regis Paper Company. No opinion. Argument of appeal set down for second Friday. Decision of motion to dismiss reserved.

ROSENFELD, Respondent, v. LANCASHIRE FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1903.) Action by Mortimer C. Rosenfeld against the Lancashire Fire Insurance Company.
PER CURIAM. Judgment and order denying motion for new trial upon the minutes reversed, and new trial ordered, with costs to the appellant to abide event. The two other orders reversed, without costs. Similar disposition made of other cases by this plaintiff submitted. The form of the order to be settled by and before Mr. Justice SPRING on two days' notice.

ROSENTHAL, Appellant, v. RUDNICK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Charles Rosenthal against Jacob Rudnick and another. No opinion. Motion denied.

RUCHWALDY, Appellant, v. MANHATTAN RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by Bernard Ruchwaldy against the Manhattan Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

SAMPTER v. EDELSVARD et al. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Arnold Sampter against Gustaf A. Edelsvard and others. No opinion. Order modified, by adding a